ACCEPTED
01-14-00874-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 5:08:26 PM
CHRISTOPHER PRINE
CLERK

# LAW OFFICE OF JANICE L. BERG

1314 Texas Avenue, Suite 1515 | Houston, Texas 77002
T: (713) 993-9100 | F: (713) 225-0099
janice@janiceberglaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/18/2015 5:08:26 PM

CHRISTOPHER A. PRINE
Clerk

February 18, 2015

Honorable Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2066

> Re:    Notice of representation in No. 01-14-00874-CV; *In the Interest of R.R.H., M.D.J., and M.K., Children*

I have been retained to serve as counsel for Appellant, Destinye Kelley, in this case. Please designate me as counsel for Appellant and add the following information to your records:

Janice L. Berg
State Bar No. 24064888
1314 Texas Avenue, Suite 1515
Houston, Texas 77002
Tel: 713-993-9100 | Fax: 713-225-0099
janice@janiceberglaw.com

Thank you for your assistance.

Very truly yours,

*/s/ Janice L. Berg*
Janice L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties or counsel in accordance with the Texas Rules of Appellate Procedure on February 18, 2015.

*/s/ Janice L. Berg*
Janice L. Berg